IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RAY D. WOLFE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-CV-269-WKW |
| | ) | [WO] |
| STATE OF ALABAMA; | ) | |
| MONTGOMERY COUNTY, | ) | |
| ALABAMA; W. TROY MASSEY, | ) | |
| SEAN McTEAR; and GILL | ) | |
| ROBINSON, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On March 23, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 20.)  Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED with prejudice.

Final judgment will be entered separately.

DONE this 30th day of April, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE